**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF ILLINOIS
301 West Main Street
Benton, IL 62812
618/439-7760

Norbert G. Jaworski
Clerk

December 5, 2007

Northern District of Illinois, Clerk
United States District Court
219 South Dearborn Street
Chicago, IL 60604

JUDGE GETTLEMAN

MAGISTRATE JUDGE MASON

**FILED**
DEC 10 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07CR 828**

Re: Transfer of Jurisdiction of George Chavez
Our File: 07-40029-JPG

Dear Clerk:

    On 12/4/07, an Order by the Honorable J. Phil Gilbert, U.S. District Judge, was filed transferring the probation jurisdiction from this District Court to the Northern District of Illinois.
    The court is using the electronic case filing system. You may access our electronic case file at the following web address:           ts.gov to obtain a copy of this order, the docket sheet, indictment and judgment filed in this case. We have assigned a login and password for district courts to use in accessing this information. The login is        l and the password is *guest01*. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

                Sincerely,

                Norbert G. Jaworski, Clerk

                By:    S/Brenda K. Lowe, Deputy Clerk

Enclosure:    Original Consent to Transfer of Case for Plea (Doc. 154)

CR12
(12/04)

**07CR 828**

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

**JUDGE GETTLEMAN**

for the _____ SOUTHERN _____ DISTRICT OF _____ ILLINOIS _____

UNITED STATES OF AMERICA

v.

GEORGE CHAVEZ

CRIMINAL NUMBER: 07-40029 JPG

**MAGISTRATE JUDGE MASON**

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

FILED
DEC 0 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

I, George Chavez, defendant, have been informed that an (*indictment*, ~~information, complaint~~) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of Illinois in which I, George Chavez, (am under arrest, ~~am held~~) and to waive trial in the above captioned District.

Dated: 7-17-2007 at Chicago, Ill

_____
(Defendant)

~~(Witness)~~

_____
(Counsel for Defendants)

~~Thomas E. Leggans~~ Amanda A. Robertson
(Assistant United States Attorney)

Approved

Randy G. Massey
United States Attorney for the
Southern _____ District of
Illinois

Patrick Fitzgerald by VP
United States Attorney for the
Northern _____ District of
Illinois

154

SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 07-40029-JPG |
| ) | |
| ADOLPH B. PAULSON, ) | |
| SHAUN P. RIECHMAN, ) | |
| STACIE D. PAULSON, ) | Title 21, United States Code, Section |
| JOHN G. JACKSON, ) | 841(a)(1) and 846 |
| TYLER L. JAMES, ) | |
| GEORGE CHAVEZ, ) | |
| ROBBIE WILLIAMS, ) | |
| GARRETT CARDWELL, and ) | |
| SHEILA JOHNSON, ) | |
| ) | |
| Defendant. ) | |

FILED

MAR 0 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

From in or about January 1997, and continuing thereafter until January 2007, in Franklin County, within the Southern District of Illinois, and elsewhere within the United States,

ADOLPH B. PAULSON,
SHAUN P. RIECHMAN,
STACIE D. PAULSON,
JOHN G. JACKSON,
TYLER L. JAMES,
GEORGE CHAVEZ,
ROBBIE WILLIAMS,
GARRETT CARDWELL,
and SHEILA JOHNSON,

defendants herein, did knowingly and intentionally conspire, and agree, with each other and with others, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 1000 kilograms or more of a mixture and substance containing marijuana, a Schedule I, Controlled

1

Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vii); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about October 6, 2005, in Franklin County, within the Southern District of Illinois,

**SHAUN P. RIECHMAN**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing marijuana, a Schedule I, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about October 11, 2005, in Franklin County, within the Southern District of Illinois,

**SHAUN P. RIECHMAN**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing marijuana, a Schedule I, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

On or about October 17, 2005, in Franklin County, within the Southern District of Illinois,

**SHAUN P. RIECHMAN**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing marijuana, a Schedule I, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 5 FOR FORFEITURE

As a result of the offense described in Count 1 of this Indictment,

**ADOLPH B. PAULSON,**
**SHAUN P. RIECHMAN,**
**STACIE D. PAULSON,**
**JOHN G. JACKSON,**
**TYLER L. JAMES, and**
**GEORGE CHAVEZ**

defendants herein, shall forfeit, pursuant to 21 U.S.C. § 853(a), to the United States any and all property constituting or derived from any proceeds said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment. Said property includes but is not limited to the following:

**CASH RECEIPTS:**

Four million dollars ($4,000,000.00) in United States funds, in that such sum in aggregate was received as proceeds for the distribution and manufacture of controlled substances or is traceable thereto.

**REAL PROPERTY:**

1. **6841 Glenwood, Hanover Park, Illinois:**

Part of the Northeast Quarter of Section 31, Township 41 North, Range 10 East of the Third Principal Meridian located in Block No. 22, Lot No. 13.

Parcel No. 07-31-217-013-000

2. **801 North Columbia, West Frankfort, Illinois:**

Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9) and Ten (10) and Lots Thirteen (13), Fourteen (14), Fifteen (15), Sixteen (16), Seventeen (17) and Eighteen (18) in Block One; and

Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6) and Lots Eleven (11) and Twelve (12) in Block Two (2); and

Lots Seven (7), Eight (8) and Nine (9) in Block Three (3);

All in Stotlar and Jones' Second (2nd) Addition to the City of West Frankfort, Illinois, subject to prior reservations, exceptions and conveyances of the coal, oil, gas and other minerals underlying the same, situated in Franklin County, Illinois.

3.  **801 South 23rd Street, Mt. Vernon, Illinois:**

Lot 360, EXCEPT the West 57 feet thereof, in the City Park Addition to the City of Mt. Vernon, Illinois, EXCEPT the minerals as previously reserved by the Mt. Vernon Improvement Company, situated in JEFFERSON COUNTY, ILLINOIS.

Parcel No. 07-31-184-012

4.  **9961 Karnes, West Frankfort, Illinois:**

Parcel 1: A part of the West Fifteen (15) acres of the Southeast One-Fourth (SE 1/4) of the Northeast Quarter (NE 1/4) of Section Twenty-Two (22), Township Seven (7) South, Range Two (2) East of the Third Principal Meridian, more particularly described as commencing at a concrete monument marking the Northwest corner of the said Southeast One-Fourth (SE 1/4) of the Northeast Quarter (NE 1/4) and running thence South along the West line thereof a distance of one thousand three hundred eighty-two and 36/100's (1382.36) feet to the Southwest corner of the said Quarter Quarter and the point of beginning of the tract herein described, thence running East along the South line thereof a distance of two hundred two and no/100's (202.00) feet to an iron pin, thence running West parallel to the West line of the said Quarter Quarter a distance of two hundred ninety-three and 13/100's (293.13) feet to an iron pin, thence running West parallel to the South line of the said Quarter Quarter a distance of two hundred two and no/100's (202.00) feet to the West line thereof, thence running South along the said West line a distance of two hundred ninety-three and 13/100's (293.13) feet to the point of beginning, excepting all the coal, oil, gas and other minerals underlying the same and all rights and easements in favor of the owner of the mineral estate or of any party claiming by, through or under said estate, situated in Franklin County, Illinois;

Parcel 2: A part of the West fifteen (15) acres of the Southeast One-Fourth (SE 1/4) of the Northeast Quarter (NE 1/4) of Section Twenty-two (22), Township Seven (7) South, Range Two (2) East of the Third Principal Meridian, more particularly described as commencing at a concrete monument marking the Northwest corner of the said Southeast One-Fourth (SE 1/4) of the Northeast Quarter (NE 1/4) and running thence South along the West line thereof a distance of six hundred seventy-two and 64/100's (672.64) feet to an iron pin and the point of beginning of the tract herein described, thence running East parallel to the North line thereof a distance of seventy-seven and 98/100's (77.98) feet to a point, thence running Southeasterly along a line having a deflection angle to the right of 54 degrees 48 feet 18 inches a distance of two hundred thirty-two and 05/100's (232.05) feet to a point; thence running Southerly along a line having a deflection angle to the right of 37 degrees 25 feet 38 inches a distance of two hundred twenty-seven and 57/100's (227.57) feet to an iron pin, thence running West along a line parallel to the North line of the said Quarter Quarter a distance of two hundred two and no/100's (202.00) feet to an iron pin located on the West line of the said Quarter Quarter, thence running North along

the said West line a distance of four hundred sixteen and 59/100's (416.59) feet to the point of beginning, excepting the coal, oil, gas and other minerals underlying the same and all rights and easements in favor of the owner of the mineral estate or of any party claiming by, through or under said estate, situated in Franklin County, Illinois.

Parcel No. 11-22-200-019

5. **213 North Main Street, Ina, Illinois:**

Lot 25-008 of the Newell, Hayse and Deason addition to the Village of Ina, as platted and recorded in Plat Record 2, Page 8 in the Office of the Recorder of Jefferson County Illinois.

Parcel Identification No. 15-20-355-008

A TRUE BILL

Patricia Alloley
FOREPERSON

Randy M Massey
RANDY G. MASSEY
Acting United States Attorney

THOMAS E. LEGGANS
Assistant United States Attorney

Recommended Bond: Detention