## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 828 - 1 | **DATE** | 12/20/2007 |
| **CASE TITLE** | U.S.A. vs. Chavez | | |

**DOCKET ENTRY TEXT**

(Defendant George Chavez only). Arraignment and plea held on 12/20/2007. Defendant informed of his rights. Defendant enters a plea of not guilty to all Counts. 16.1(A) conference to be held as soon as possible. Pretrial motions to be filed by 1/3/2008. Status hearing set for 1/3/2008 at 9:15 a.m. before Judge Gettleman. Time is excluded pursuant to 18 U.S.C. §3161(h)(1)(F) without objections. (X-E).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SB |
|---|---|---|