**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                           Case No.: 1:07−cr−00828
                                           Honorable Robert W. Gettleman

George Chavez
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: as to George Chavez, Status hearing held on 7/9/2008. Status hearing set for 7/10/2008 at 9:00 a.m. Mr. Nash is directed to appear. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.