## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 Cr 828 -1 | DATE | 7/10/2008 |
| CASE TITLE | U S A    vs    George Chavez | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defense counsel Michael Nash fails to appear again.
The Court imposes sanctions in the amount of $200.00 against Michael Nash.
Status hearing continued to 7/17/2008, at 9:00 a.m.

[Docketing to mail notice]

00:06

| | Courtroom Deputy | GDS |
|---|---|---|