## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 Cr 828 -1 | **DATE** | 7/17/2008 |
| **CASE TITLE** | United States of America   vs   George Chavez | | |

**DOCKET ENTRY TEXT:**

Status hearing held and continued to 8/19/2008, at 9:00 a.m. The Court sanction of $200.00 imposed on defense counsel Mr. Nash on 7/10/2008 is vacated. The Court deems the period of time from 7/17/2008 through 8/19/2008 excludable under the provisions of T.18 U.S.C. §3161(h)(8)(B)(iv) - continuity.
X-T4

[Mailed notice]

00:07

| | Courtroom Deputy Initials: | GDS |
|---|---|---|