**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

UNITED STATES OF AMERICA

          Plaintiff,

v.                 Case No.: 1:07−cr−00828
                 Honorable Robert W. Gettleman

George Chavez

          Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

  MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 8/19/2008. The Court deems the period of time from 8/19/2008 through 10/8/2008 excludable under 18 USC Sect. 3161(h)(8)(B)(iv). Status hearing set for 10/8/2008 at 9:00 a.m. Mailed notice (gds, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.